Susan Roatch
Plaintiff

Vs.

State of Alaska
Gail and Tanya Bourne
Defendants

RECEIVED
JUN 2 9 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

4:06-cv-00019 RRB

I am asking the court to overturn my parental right termination and I am also asking for monetary damages for the emotional abuse that my children and I have had to endure from Mr. and Mrs. Bourne since the State Court ruled against me in my trial.

I believe that the majority of my trial was based on hearsay evidence and the United States Supreme Court has ruled that hearsay evidence is inadmissible in criminal and civil cases according to Crawford v. Washington.

I also believe that Mr. and Mrs. Bourne conspired to keep my children for financial gain and the social worker involved allowed this to happen. I also have evidence to show that Mr. Bourne is a very controlling person and has not allowed me communication with my precious children, which has resulted in extreme emotional distress in my life as well as in my children's life. My children were torn away from me and we all have suffered greatly.

The Bournes had filed a restraining order against me, which was overturned on appeal. They have also sent me threatening letters, which I have kept as evidence. I have kept all evidence from my trial and I also have the transcripts. I have been searching every avenue to obtain help and am hoping that this court will grant some relief. It has been a daily heartache not to be allowed to see or speak to my precious children.

I would also like to make one more point. I have never been accused of any sort of neglect or abuse of my children. I believe that I was not given a fair trial because of my financial situation.


Susan Roatch
Plaintiff