Susan Roatch
(Name)
750 17th Ave, #1
(Address)
Fairbanks, AK 99701
(City, State, Zip)
Telephone: 907-451-7838

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Susan Roatch  )
             )  Case No. _____
    Plaintiff )
             )
         vs  )  APPLICATION TO WAIVE
             )  FILING FEE
State of Alaska )  (Non-Prisoner)
Gail and Tanya Bourne )
             )
             )
   Defendant(s) )
             )

I, Susan Roatch, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is: Civil / overturn parental rights termination and I believe I am entitled to the relief I am requesting. I agree that if I am granted this application to waive the filing fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I make the following statement under penalty of perjury.

1.   I am not presently incarcerated. [**If incarcerated, use the "Prisoner Form"**]

2. Marital Status: Single ☒  Married ☐  Divorced ☐  Separated ☐

   a. Do you pay alimony or support?    Yes ☐  No ☒

   Do you receive alimony or support?    Yes ☐  No ☒

   If either answered yes, state the amount paid or received monthly: _____

   b. Dependents:  Spouse ☐  Children *2* (number)  Other ___ (number)

   The names [for minor children use initials only] and ages of my dependent children are:

   K. B. _____ Age *2*
   J. B. _____ Age *2*
   _____ Age ___
   _____ Age ___

   Name [for minor child use initials only], age, relationship and basis of dependency of dependent other than child or spouse

   _____ Age ___  Relationship _____

   Basis of dependency: _____

3. Are you presently employed?   Yes ☐  No ☒

   a. If yes, what is your   Gross Income _____  Net Income _____

   Weekly ☐  Bi-Weekly ☐  Semi-Monthly ☐  Monthly ☐ (Check One)

   Employer: _____
   (Name)
   Address _____ Telephone _____
   (Street, City, State)
   Nature of   Part Time ☐  Full Time ☐  Temporary ☐  Seasonal ☐

   Length of employment _____

   b. If no, date of last employment  *04/06*
   Former Employer  *Pizza for Less*
   (Name)
   Address *246 Illinois Street* Telephone *451-6060*
   (Street, City, State)
   What was your   Gross Income *282.34* Net Income _____

   Weekly ☒  Bi-Weekly ☐  Semi-Monthly ☐  Monthly ☐ (Check One)

   Nature of   Part Time ☒  Full Time ☐  Temporary ☐  Seasonal ☐

   Length of employment  *9 months*

4. Is your spouse employed?    Yes ☐    No ☐

If yes, what is his/her:    Gross Income _____    Net Income _____

Weekly ☐    Bi-Weekly ☐    Semi-Monthly ☐    Monthly ☐    (Check One)

Employer: _____
(Name)

Address _____ Telephone _____
(Street, City, State)

Nature of Employment: Part Time ☐    Full Time ☐    Temporary ☐    Seasonal ☐

Length of employment _____

5. Do you receive public assistance or unemployment benefits?    Yes ☒    No ☐

(If yes, provide the following information)

a. I have been on public assistance ☐ and/or received unemployment benefits ☒

since __6-11-06__ ( have not recieved first check yet.)
(Month/Day/Year)

b. I am receiving __$180.00__ for myself and a household of __1__ (number)

Weekly ☐    Bi-Weekly ☒    Semi-Monthly ☐    Monthly ☐    (Check One)

6. In the past 12 months have you received money from any of the following sources?

a. Business, profession or self-employment    Yes ☐    No ☐

If yes, state amount received _____

Do you expect to receive any future income from this source?    Yes ☐    No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

b. Rental, interest or dividends (not PFD)    Yes ☐    No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source?    Yes ☐    No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

c. Pension, annuity or life insurance payments    Yes ☐    No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source?    Yes ☐    No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

d. SSI, Disability or worker's compensation    Yes ☐  No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source?    Yes ☐   No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

e. Gift or inheritance    Yes ☐  No ☒

If yes, state amount received _____

Do you expect to receive any future gift or inheritance?    Yes ☐   No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

f. Any other source    Yes ☐  No ☒

If yes, state amount received _____

Describe _____

Do you expect to receive any future income from this source?    Yes ☐   No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

7. List all members of your household who have received the Alaska PFD in the past year.

*Susan Rootch*

_____

8. State the amount of cash (coin and currency) you have    *0*

9. Do you have a checking account?    Yes ☐  No ☒

If yes, current balance _____  Account No. _____

Bank: _____
(Name and Branch)

_____
(Street, City, State)

10. Do you have an IRA, CD, savings or money market account?    Yes ☐  No ☒

If yes, current balance _____  Account No. _____

Financial Institution: __NONE_____
(Name and Branch)

_____
(Street, City, State)

11. Do you own an automobile or other motor vehicle?   Yes ☐   No ☒
   a. Make: _____ Year _____ Model _____
   b. Current Value _____
   c. Is it financed?   Yes ☐   No ☐   Balance owed: _____
12. Do you own any real property?   Yes ☐   No ☒
   a. If yes, describe _____
   _____
   _____
   _____
   _____
   b. Current Value _____
   c. Is it financed?   Yes ☐   No ☐   Balance owed: _____
13. Do you own any stocks, bonds, securities, financial instruments?   Yes ☐   No ☒
   a. If yes, describe _____
   _____
   b. Current Value _____
14. Do you own any other personal property?   Yes ☐   No ☒
   (If yes list each asset or item of property and give the value of each)
   a. _____ Value _____
   b. _____ Value _____
   c. _____ Value _____
   d. _____ Value _____
   e. _____ Value _____
   f. _____ Value _____
   g. _____ Value _____

15. Have you transferred, given away, or placed any property in the name of any other person during the past two years?   Yes ☐   No ☒   (If yes provide details)

   a. Property _____

_____

   b. Value _____   Transferred to _____

   c. Reason: _____

_____

### Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Dated: *June 26, 2006*

*Susan Roateh*
Signature of Applicant

PS11 (12/05)                     Page 6 of 6                     WAIVER OF FEE (NP)