**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

SUSAN ROATCH,
    Plaintiff,

v.

                        Case Number 4:06-cv-00019-RRB

STATE OF ALASKA, et al.,
    Defendants.                **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is DISMISSED without prejudice.

APPROVED:

/s/ RALPH R. BEISTLINE_____
RALPH R. BEISTLINE
United States District Judge

_____
Date: July 7, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                          IDA ROMACK
                                Ida Romack, Clerk of Court

[roatch judgment.wpd]{JMT2.WPT*Rev.3/03}